UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00197(3)-CRW |
| | § | |
| (3) Tyron Rayshaun Degrate Jr. | § | |

## ORDER ACCEPTING GUILTY PLEA

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 9, 2026, wherein the defendant (3) Tyron Rayshaun Degrate Jr. waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (3) Tyron Rayshaun Degrate Jr. to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (3) Tyron Rayshaun Degrate Jr.'s plea of guilty to Counts One SS (1ss), Two SS (2ss), Three SS (3ss), Four SS (4ss), Five SS (5ss), Six SS (6ss), Seven SS (7ss), Nine SS (9ss), Ten SS (10ss), Eleven SS (11ss), Twelve SS (12ss), Thirteen SS (13ss), Fourteen SS (14ss), Fifteen SS (15ss) is accepted.

Signed this 23rd day of June, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE